## COURT OF APPEALS.

ELIAS BRAMAN agt. GEORGE G. JOHNSON and others.

The supreme court had jurisdiction of *equitable actions* concerning property, where the amount in controversy *was less than one hundred dollars,* commenced *prior* to the act of 1862 repealing the statute depriving the chancellor of such jurisdiction.

*Argued June,* 1863 ; *decided October,* 1863.

THIS action was brought in the supreme court several years ago, to foreclose a mortgage on which less than one

———

hundred dollars was due; and less than one hundred dollars was due on the mortgage at the time of the trial.

The defendants' counsel moved to dismiss the complaint on the ground that the supreme court had no jurisdiction of the action, there being less than one hundred dollars due on the mortgage, and there being no reason why the mortgage could not have been foreclosed by advertisement. The motion to dismiss the complaint was denied.

The point was made in the court of appeals, that the complaint should have been dismissed, with costs, on the ground that less than one hundred dollars was due on the mortgage.

The COURT affirmed the judgment, holding that the supreme court had jurisdiction of the action at the time it was brought, which was prior to the act of 1862 (*Laws of 1862, p.* 859, § 39), although less than one hundred dollars was due on the mortgage.

Mr. Justice LOTT delivered the opinion of the supreme court.

> HENRY M. HYDE, *for plaintiff.*
> JOHN H. REYNOLDS, *for defendants.*

This decision agrees with *Cobine* agt. *St. John* (12 *How. R.* 333), and overrules the prevailing opinion in *Marsh* agt. *Benson* (19 *How. R.* 415). See *Durham et al.* agt. *Willard et al.* (19 *id.* 425).